IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 JUL 20  PM 12:36

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No. _____

XOXOXO, and
XOXOXO,

Plaintiff(s), *Christina garcia.*

v.

XOXOXO, *Alpine Neurology, 13111 ebrowood.*
XOXOXO, individually, and in his official capacity as _____,
XOXOXO, d/b/a XOXOXO,
XOXOXO, a/k/a XOXOXO,
XOXOXO, INC., a Colorado corporation, and
XOXOXO, whose true name is unknown,

Defendant(s). *Yuro Regde and Twyna.*

MOTION FOR/TO *Seal From Public.*

---

[For Proper Caption (the names of the parties in the case, listed above) and Formatting (style, font, spacing) Instructions, please follow the directions in this sample form.[1]  Please also refer to the following documents:

- U.S. District Court Civil Forms, available here: http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.
- Federal Rules of Civil Procedure, Appendix of Forms.  See Illustrative Civil Rules Forms, officially published as the Appendix of Forms accompanying the Federal Rules of Civil Procedure, available on the website of the United States Courts, available here: https://www.uscourts.gov/forms/civil-forms.]

[Indent at start of each paragraph]

_____

_____

---

[1] As formerly set forth in D.C.COLO.LCivR 10.1 (h)-(m) - FORMAT OF PLEADINGS AND DOCUMENTS PRESENTED FOR FILING.

needs to he Sealed to protect other individuals in community from gaining information about my health.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [2].

Dated at 07/20/23 (city) Denver (state), this 07 day 20, 2023.

**[Format of Signature Block.** The correct format for a signature block is as follows:]

s/ Pat Attorney (or Unrepresented Party)
**Pat Attorney**
ABC Law Firm
123 South Street
Denver, CO 80202-1234
Telephone: (303) 555-5555
E-mail: patattorney@xyz.com
Attorney for (Plaintiff/Defendant) XYZ Company

---

[2] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions.  See D.C.COLOLCivR 7.1(b)(1)-(4).]

2

## CERTIFICATE OF SERVICE

I hereby certify that on [INSERT DATE] __07/20/23__,

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER**

to the following parties in the way described below each party's name:

Party Name:_____
How Served:_____
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

Party Name:_____
How Served:_____
Party Attorney's Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

_____
(Signature of person completing service)
Print Name:_____
Address:_____
_____
Telephone Number:_____
Email Address:_____

3