IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01849-KLM
(**The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.**)

CHRISTINA GARCIA,

    Plaintiff,

v.

DR. YURY DEGIDE,
TAUYNA, and
DONNA,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On June 20, 2023, Plaintiff Christina Garcia, a Denver, Colorado resident, filed *pro se* a *Complaint* (ECF No. 1)[1], an *Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)* (ECF No. 3), and a *Motion to Seal From Public* (ECF No. 4). Accordingly, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _ is not on proper form
(13) __ is missing an original signature
(14) X **is incomplete: Section C. JURISDICTION is not fully completed**
(15) __ uses et al. instead of listing all parties in caption
(16) X **names in caption do not match names listed in Section B.**
(17) X **complete addresses must be provided for all parties listed in Section B.**
(18) X other: **handwriting is largely illegible**

Plaintiff may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that **Plaintiff shall file her claims legibly on a fully-completed, current Court-approved Complaint form** Plaintiff may obtain copies of the Court-approved forms at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion to Seal From Public (ECF No. 4) is denied without prejudice to be refiled in accordance with the procedures set forth in D.C.COLO.LCivR 7.2 ("Public Access to Documents and Proceedings").

DATED July 24, 2023.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge